UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| LAWRENCE MAYNARD, | ) |
| Plaintiff | ) ) ) ) |
| v. | ) Civil Action No. 07-1193 (RJL) ) (ECF) ) |
| STEPHANIE E. YANTA | ) ) |
| Defendant. | ) ) |

**DEFENDANT'S MOTION TO ENLARGE TIME
TO FILE ANSWER OR OTHERWISE RESPOND TO COMPLAINT**

Pursuant to Fed. R. Civ. P. 6(b)(1), Stephanie E. Yanta ("Defendant"), respectfully requests an enlargement of time until October 17, 2007, to file an answer or otherwise respond to the complaint in this case. In support of this motion, Defendant states the following:

1. Plaintiff, a *pro se* prisoner, brings this Bivens action against Stephanie E. Yanta in her official and individual capacity.[1] Defendant's answer is due on September 17, 2007.

2. Because this is a Bivens action, Defendant has requested legal representation by the Department of Justice ("DOJ"), pursuant to 28 C.F.R. § 50.15.

3. Although representation was recently approved by DOJ Torts Branch, the actual process has not yet been finally completed. In addition, because Defendant and several other Federal Bureau of Investigation special agents have been named in other related pending litigation, the process of obtaining information from the Agency has taken longer than expected.

---

[1] By way of this motion for an extension of time, Defendant submits that she has not waived any defense or defenses available to her under Fed. R. Civ. P. 12 or otherwise, including immunity from suit.

4.      Since he is incarcerated, it is impracticable for the undersigned to confer with Plaintiff about the within Motion.[2]

September 14, 2007                           Respectfully submitted,

_____/s/_____
JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney

_____/s/_____
RUDOLPH CONTRERAS, D.C. BAR # 434122
Assistant United States Attorney

_____/s/_____
KENNETH ADEBONOJO
Assistant United States Attorney
Judiciary Center Building
555 4th Street, N.W. – Civil Division
Washington, D.C.  20530
(202) 514-7157
(202) 514-8780 (facsimile)

---

[2] Local Civil Rule 7(m) requires "counsel" to discuss nondispositive motions with "opposing counsel." It does not require counsel to discuss those motions with pro se parties. Nonetheless, it has been the general practice of this office to attempt to discuss such motions with nonprisoner pro se parties. This practice is informed by, and consistent with, Local Civil Rule 16.3(a). Local Civil Rule 16.3(a) excludes prisoner pro se parties from the Court's meet-and-confer requirements. Specifically, that Rule requires "[c]ounsel (including any *nonprisoner pro se* party)" to meet and confer prior to a scheduling conference. LCvR 16.3(a) (emphasis added).

## CERTIFICATE OF SERVICE

I certify I caused copies of the foregoing Defendant's Motion to Enlarge Time to File Answer or Otherwise Respond to Complaint served by first class mail upon *pro se* plaintiff at:

Lawrence Maynard
DC# 307-469
1901 D Street, S.E.
Washington, D.D. 20003


on this 14th day of September, 2007.        _____/s/_____
                                            KENNETH ADEBONOJO
                                            Assistant United States Attorney

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **LAWRENCE MAYNARD,** | ) |
| **Plaintiff** | ) |
| v. | ) Civil Action No. 07-1193 (RJL) <br> ) (ECF) |
| **STEPHANIE E. YANTA** | ) |
| **Defendant.** | ) |

## ORDER

UPON CONSIDERATION of the Defendant's Motion for Enlargement of Time, support thereof, the grounds stated therefor and the entire record in this matter, it is by the Court this ____ day of _____, 2007, hereby

ORDERED that the said motion be and hereby is granted; and it is

FURTHER ORDERED Defendant shall file an answer or dispositive motion on or before October 17, 2007.

_____
UNITED STATES DISTRICT JUDGE

Copies to:

Kenneth Adebonojo
Assistant United States Attorney
Judiciary Center Building
555 4th St., N.W.
Washington, D.C.  20530

Lawrence Maynard
DC#307-469
1901 D Street, S.E.
Washington, D.C. 20003