UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LAWRENCE MAYNARD, | ) |
|       Plaintiff | ) |
| v. | ) Civil Action No. 07-1193 (RJL)<br>) (ECF) |
| STEPHANIE E. YANTA | ) |
|       Defendant. | ) |

**DEFENDANTS' SECOND MOTION TO ENLARGE TIME
TO FILE ANSWER OR OTHERWISE RESPOND TO COMPLAINT**

Defendant in this action, Stephanie E. Yanta respectfully requests an enlargement of time to file an answer or otherwise respond to the complaint in this case. Defendants' answer is due October 17, 2007. Defendant respectfully requests to and including November 19, 2007, to file an answer or otherwise respond to the complaint.

Plaintiff, a *pro se* prisoner, brings this Bivens action against Stephanie E. Yanta in her official and individual capacity.[1]

Because it is a Bivens action, the individual federal defendants sued in their personal capacity have the opportunity to request legal representation by the Department of Justice ("DOJ"), pursuant to 28 C.F.R. § 50.15. The decision whether to grant such representation is made by the Torts Branch of DOJ headquarters and, if the request is approved, this Office would likely be appointed as counsel. Counsel for the defendant is now in the process of gathering the

---

[1] By way of this motion for an extension of time, the individual federal defendants submit that they have not waived any defense or defenses available to them under Fed. R. Civ. P. 12 or otherwise, including immunity from suit.

additional information to complete a dispositive motion on behalf of the defendant in this matter. Additional time is needed to review and consult with Agency Counsel to resolve certain factual matters necessary to complete defendants' motion.

Additionally, counsel for the defendant is away in training at the National Advocate Center in Columbia, South Carolina.

Because plaintiff is a prisoner, appearing here *pro se*, Local Rule 7(m) does not apply and the undersigned have not made efforts to contact him regarding this motion.[2]

October 17, 2007                                        Respectfully submitted,

\_\_\_/s/_____
JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney

  /s/_____
RUDOLPH CONTRERAS, D.C. BAR # 434122
Assistant United States Attorney

\_\_\_/s/_____
KENNETH ADEBONOJO
Assistant United States Attorney
Judiciary Center Building
555 4th Street, N.W. – Civil Division
Washington, D.C. 20530
(202) 514-7157
(202) 514-8780 (facsimile)

---

[2] Local Civil Rule 7.1(m) requires "counsel" to discuss non-dispositive motions with "opposing *counsel*." It does not require counsel to discuss those motions with pro se parties. Nonetheless, it has been the general practice of this office to attempt to discuss such motions with nonprisoner pro se parties. This practice is informed by, and consistent with, Local Civil Rule 16.3(a). Local Civil Rule 16.3(a) excludes prisoner pro se parties from the Court's meet-and-confer requirements. Specifically, that Rule requires "[c]ounsel (including any *nonprisoner* pro se party)" to meet and confer prior to a scheduling conference. LCvR 16.3(a) (emphasis added).

## CERTIFICATE OF SERVICE

I certify I caused copies of the foregoing Defendants' Motion to Enlarge Time to File Answer or Otherwise Respond to Complaint served by first class mail upon *pro se* plaintiff at:

Lawrence Maynard
DC# 307-469
1901 D Street, S.E.
Washington, D.D. 20003


on this 17th day of October 2007.      ____/s/_____
                                                  KENNETH ADEBONOJO
                                                  Assistant United States Attorney

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LAWRENCE MAYNARD,  )<br> )<br>     Plaintiff  )<br> )<br>  )  Civil Action No. 07-1193 (RJL)<br>     v.  )  (ECF)<br>  )<br>STEPHANIE E. YANTA  )<br>  )<br>     Defendant.  )<br>  ) | |

### ORDER

UPON CONSIDERATION of the Defendants' Motion for Enlargement of Time, support thereof, the grounds stated therefor and the entire record in this matter, it is by the Court this ____ day of _____, 2007, hereby

ORDERED that the said motion be and hereby is granted; and it is

FURTHER ORDERED Defendants shall file an answer or dispositive motion on or before November 19, 2007.

_____
UNITED STATES DISTRICT JUDGE

Copies to:

Kenneth Adebonojo
Assistant United States Attorney
Judiciary Center Building
555 4th St., N.W.
Washington, D.C. 20530

Lawrence Maynard
DC#307-469
1901 D Street, S.E.
Washington, D.C. 20003