UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LAWRENCE MAYNARD, | ) |
| Plaintiff | ) |
| v. | ) Civil Action No. 07-1193 (RJL) <br> ) (ECF) |
| STEPHANIE E. YANTA | ) |
| Defendant. | ) |

**DEFENDANT'S MOTION TO ENLARGE TIME
TO FILE ANSWER OR OTHERWISE RESPOND TO COMPLAINT**

Defendant in this action, Stephanie E. Yanta respectfully requests an enlargement of time to file an answer or otherwise respond to the complaint in this case. Defendants' answer is due November 19, 2007. Defendant respectfully requests to and including December 19, 2007, to file an answer or otherwise respond to the complaint.

Plaintiff, a *pro se* prisoner, brings this <u>Bivens</u> action against Stephanie E. Yanta in her official and individual capacity.[1]

Additional time is needed because the undersigned has been unusually pressed with litigation matters recently, including several motions due this week in district court among other significant workload demands.

Because plaintiff is a prisoner, appearing here *pro se*, Local Rule 7(m) does not apply and

---

[1] By way of this motion for an extension of time, the individual federal defendants submit that they have not waived any defense or defenses available to them under Fed. R. Civ. P. 12 or otherwise, including immunity from suit.

the undersigned have not made efforts to contact him regarding this motion.[2]

November 19, 2007                           Respectfully submitted,


                                            ___/s/_____
                                            JEFFREY A. TAYLOR, D.C. BAR # 498610
                                            United States Attorney

                                            ___/s/_____
                                            RUDOLPH CONTRERAS, D.C. BAR # 434122
                                            Assistant United States Attorney

                                            ___/s/_____
                                            KENNETH ADEBONOJO
                                            Assistant United States Attorney
                                            Judiciary Center Building
                                            555 4th Street, N.W. – Civil Division
                                            Washington, D.C.  20530
                                            (202) 514-7157
                                            (202) 514-8780 (facsimile)

---

[2] Local Civil Rule 7.1(m) requires "counsel" to discuss non-dispositive motions with "opposing *counsel*." It does not require counsel to discuss those motions with pro se parties. Nonetheless, it has been the general practice of this office to attempt to discuss such motions with nonprisoner pro se parties. This practice is informed by, and consistent with, Local Civil Rule 16.3(a). Local Civil Rule 16.3(a) excludes prisoner pro se parties from the Court's meet-and-confer requirements. Specifically, that Rule requires "[c]ounsel (including any *nonprisoner* pro se party)" to meet and confer prior to a scheduling conference. LCvR 16.3(a) (emphasis added).

**CERTIFICATE OF SERVICE**

I certify I caused copies of the foregoing Defendants' Motion to Enlarge Time to File Answer or Otherwise Respond to Complaint served by first class mail upon *pro se* plaintiff at:

Lawrence Maynard
DC# 307-469
1901 D Street, S.E.
Washington, D.D. 20003


on this 19th day of November 2007.   ____/s/_____
                                                       KENNETH ADEBONOJO
                                                       Assistant United States Attorney

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LAWRENCE MAYNARD,<br><br>　　　　Plaintiff<br><br>　　v.<br><br>STEPHANIE E. YANTA<br><br>　　　　Defendant. | )<br>)<br>)<br>)<br>)<br>) Civil Action No. 07-1193 (RJL)<br>)  (ECF)<br>)<br>)<br>)<br>)<br>) |

### ORDER

UPON CONSIDERATION of the Defendant's Motion for Enlargement of Time, support thereof, the grounds stated therefor and the entire record in this matter, it is by the Court this ____ day of _____, 2007, hereby

ORDERED that the said motion be and hereby is granted; and it is

FURTHER ORDERED Defendant shall file an answer or dispositive motion on or before December 19, 2007.

_____
UNITED STATES DISTRICT JUDGE

Copies to:

Kenneth Adebonojo
Assistant United States Attorney
Judiciary Center Building
555 4th St., N.W.
Washington, D.C.  20530

Lawrence Maynard
DC#307-469
1901 D Street, S.E.
Washington, D.C. 20003