UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LAWRENCE MAYNARD,<br><br>      Plaintiff<br><br>      v.<br><br>STEPHANIE E. YANTA<br><br>      Defendant. | )<br>)<br>)<br>)<br>)<br>)  Civil Action No. 07-1193 (RJL)<br>)   (ECF)<br>)<br>)<br>)<br>)<br>) |

**DEFENDANT'S MOTION TO STAY PROCEEDINGS PENDING
OUTCOME OF CRIMINAL TRIAL**

Federal Bureau of Investigation Special Agent Stephanie E. Yanta ("Defendant"), by and through the undersigned counsel, respectfully requests a stay of proceedings in this matter pending the outcome of Plaintiff's criminal trial, which is nearing completion. In support of this motion, Defendant states the following:

1. Lawrence Maynard ("Plaintiff"), a *pro se* pre-trial detainee, commenced this action against Defendant alleging that his constitutional rights were violated when Defendant filed affidavits in support of text message search warrants that he alleges contained deliberately false statements.

2. In a criminal trial before the Honorable Ellen S. Huvelle, U.S.D.J., Plaintiff is charged with one count of conspiracy to distribute and possess with intent to distribute five kilograms or more of cocaine and fifty grams or more of cocaine base. *United States v. Jones*, No. 05-0386, *Docket Entry* 384 at 1.

3. Defendant's answer or other response to Plaintiff's complaint is due today.

4. In light of the fact that Plaintiff's criminal trial is nearing conclusion and such conclusion has ramifications for arguments to be made in support of Defendant's response to Plaintiff's complaint, Defendant respectfully requests a 45-day stay of proceedings pending the outcome of the criminal trial.

5. Defendant's request is countenanced by law. For example, in *Wallace v. Kato*, 127 S. Ct. 1091 (2007), a pre-trial detainee argued that the statute of limitations for his civil suit was tolled by the rule announced in *Heck v. Humphrey*, 512 U.S. 477 (1994). In addressing this very complicated issue, the Supreme Court noted that a district court had the inherent discretion to stay a civil proceeding pending the outcome of a criminal one. *Wallace*, 127 S. Ct. at 1098; *McSurely v. McClellan*, 426 F.2d 664 (D.C. Cir. 1970)(noting that courts have broad discretion to grant stays so as to coordinate the business of the court efficiently and sensibly).

6. There should be no prejudice to either party brought about by this short stay pending the outcome of the criminal proceedings.

7. Since he is incarcerated, it is impracticable for the undersigned to confer with Plaintiff about the within Motion.[1]

December 19, 2007            Respectfully submitted,

_/s/_____
JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney

_/s/_____
RUDOLPH CONTRERAS, D.C. BAR # 434122
Assistant United States Attorney

---

[1] Local Civil Rule 7.1(m) requires "counsel" to discuss non-dispositive motions with "opposing *counsel*" and nonprisoner pro se parties.

   /s/_____
KENNETH ADEBONOJO
Assistant United States Attorney
Judiciary Center Building
555 4th Street, N.W. – Civil Division
Washington, D.C.  20530
(202) 514-7157
(202) 514-8780 (facsimile)

## CERTIFICATE OF SERVICE

I certify I caused copies of the foregoing Defendant's Motion to Stay Proceeding Pending the Outcome of the Criminal Trial to be served by first class mail upon *pro se* plaintiff at:

Lawrence Maynard
DC# 307-469
1901 D Street, S.E.
Washington, D.D. 20003


on this 19th day of December, 2007        _/s/_____
                                          KENNETH ADEBONOJO
                                          Assistant United States Attorney

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LAWRENCE MAYNARD,<br><br>       **Plaintiff**<br><br>       v.<br><br>STEPHANIE E. YANTA<br><br>       **Defendant.** | )<br>)<br>)<br>)<br>)<br>) Civil Action No. 07-1193 (RJL)<br>) (ECF)<br>)<br>)<br>)<br>)<br>) |

**ORDER**

UPON CONSIDERATION of the Defendant's Motion to Stay Proceedings Pending the Outcome of the Criminal Trial, support thereof, the grounds stated therefor and the entire record in this matter, it is by the Court this ____ day of _____, 2007, hereby

ORDERED that the said motion be and hereby is granted; and it is

FURTHER ORDERED that this matter is stayed for 45 days from today.

_____
UNITED STATES DISTRICT JUDGE

Copies to:

Kenneth Adebonojo
Assistant United States Attorney
Judiciary Center Building
555 4th St., N.W.
Washington, D.C. 20530

Lawrence Maynard
DC#307-469
1901 D Street, S.E.
Washington, D.C. 20003