UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LAWRENCE MAYNARD, ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| ) | Civil Action No. 07-1193 (RJL) |
| v. ) | (ECF) |
| ) | |
| STEPHANIE E. YANTA ) | |
| ) | |
| Defendant. ) | |

**DEFENDANT'S MOTION TO ENLARGE TIME
TO FILE ANSWER OR OTHERWISE RESPOND TO COMPLAINT**

Defendant in this action, Stephanie E. Yanta respectfully requests an enlargement of time to file an answer or otherwise respond to the complaint in this case. Defendant respectfully requests to and including March 3, 2008, to file an answer or otherwise respond to the complaint.

Plaintiff, a *pro se* prisoner, brings this Bivens action against Stephanie E. Yanta in her official and individual capacity.[1]

Plaintiff was recently convicted of drug related charges and is awaiting sentencing on or about April 24, 2008.

In addition to this action, Plaintiff's co-defendant in the criminal matter, Antoine Jones and several of Jones' family members, have filed several similar actions that are currently pending. Defendant requests the additional time in order to prepare a coordinated response to these complaints and file accordingly.

---

[1] By way of this motion for an extension of time, the individual federal defendants submit that they have not waived any defense or defenses available to them under Fed. R. Civ. P. 12 or otherwise, including immunity from suit.

Because plaintiff is a prisoner, appearing here *pro se*, Local Rule 7(m) does not apply and the undersigned have not made efforts to contact him regarding this motion.[2]

WHEREFORE, Defendant respectfully requests that this enlargement be granted. A minute order is respectfully requested.

February 6, 2008                                        Respectfully submitted,


                                                        ___/s/_____
                                                        JEFFREY A. TAYLOR, D.C. BAR # 498610
                                                        United States Attorney

                                                         /s/
                                                        RUDOLPH CONTRERAS, D.C. BAR # 434122
                                                        Assistant United States Attorney

                                                        ___/s/_____
                                                        KENNETH ADEBONOJO
                                                        Assistant United States Attorney
                                                        Judiciary Center Building
                                                        555 4th Street, N.W. – Civil Division
                                                        Washington, D.C.  20530
                                                        (202) 514-7157
                                                        (202) 514-8780 (facsimile)

---

[2] Local Civil Rule 7.1(m) requires "counsel" to discuss non-dispositive motions with "opposing *counsel*" and nonprisoner pro se parties.

## CERTIFICATE OF SERVICE

      I certify that I caused copies of the foregoing Defendant's Motion to Enlarge Time to File Answer or Otherwise Respond to Complaint served by first class mail upon *pro se* plaintiff at:

Lawrence Maynard  
DC# 307-469  
1901 D Street, S.E.  
Washington, D.D. 20003

on this 6th day of February 2008.     \_\_\_\_/s/_____  
                                                                     KENNETH ADEBONOJO  
                                                                       Assistant United States Attorney