UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LAWRENCE MAYNARD, )<br>)<br>Plaintiff )<br>)<br>)<br>v. )<br>)<br>STEPHANIE E. YANTA )<br>)<br>Defendant. )<br>) | Civil Action No. 07-1193 (RJL)<br>(ECF) |

**DEFENDANT'S MOTION TO ENLARGE TIME
TO FILE ANSWER OR OTHERWISE RESPOND TO COMPLAINT**

Defendant in this action, Stephanie E. Yanta respectfully requests an enlargement of time to file an answer or otherwise respond to the complaint in this case. Defendant respectfully requests to and including March 26, 2008, to file an answer or otherwise respond to the complaint.

Plaintiff, a *pro se* prisoner, attempts to bring this <u>Bivens</u> action against Stephanie E. Yanta in her official and individual capacity.[1]

Plaintiff was recently convicted of drug related charges and is awaiting sentencing on or about April 24, 2008.

In addition to this action, Plaintiff's co-defendant in the criminal matter, Antoine Jones and several of Jones' family members, have filed several similar actions that are currently pending. Defendant requests the additional time in order to prepare a coordinated response to

---

[1] By way of this motion for an extension of time, the individual federal defendants submit that they have not waived any defense or defenses available to them under Fed. R. Civ. P. 12 or otherwise, including immunity from suit.

these complaints and file accordingly.

In addition, the undersigned has recently been embroiled in discovery in several Title VII matters.

Because plaintiff is a prisoner, appearing here *pro se*, Local Rule 7(m) does not apply and the undersigned have not made efforts to contact him regarding this motion.[2]

WHEREFORE, Defendant respectfully requests that this enlargement be granted. A minute order is respectfully requested.

March 3, 2008                                    Respectfully submitted,


　　　　　　　　　　　　　　　　　　　　　　___/s/_____
　　　　　　　　　　　　　　　　　　　　　　JEFFREY A. TAYLOR, D.C. BAR # 498610
　　　　　　　　　　　　　　　　　　　　　　United States Attorney

　　　　　　　　　　　　　　　　　　　　　　 /s/_____
　　　　　　　　　　　　　　　　　　　　　　RUDOLPH CONTRERAS, D.C. BAR # 434122
　　　　　　　　　　　　　　　　　　　　　　Assistant United States Attorney

　　　　　　　　　　　　　　　　　　　　　　___/s/_____
　　　　　　　　　　　　　　　　　　　　　　KENNETH ADEBONOJO
　　　　　　　　　　　　　　　　　　　　　　Assistant United States Attorney
　　　　　　　　　　　　　　　　　　　　　　Judiciary Center Building
　　　　　　　　　　　　　　　　　　　　　　555 4th Street, N.W. – Civil Division
　　　　　　　　　　　　　　　　　　　　　　Washington, D.C.  20530
　　　　　　　　　　　　　　　　　　　　　　(202) 514-7157
　　　　　　　　　　　　　　　　　　　　　　(202) 514-8780 (facsimile)

---

[2] Local Civil Rule 7.1(m) requires "counsel" to discuss non-dispositive motions with "opposing *counsel*" and nonprisoner pro se parties.

## CERTIFICATE OF SERVICE

      I certify that I caused copies of the foregoing Defendant's Motion to Enlarge Time to File Answer or Otherwise Respond to Complaint served by first class mail upon *pro se* plaintiff at:

Lawrence Maynard
DC# 307-469
1901 D Street, S.E.
Washington, D.D. 20003


on this 3th day of March 2008     ____/s/_____
                                                    KENNETH ADEBONOJO
                                                  Assistant United States Attorney