UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED
MAR 1 2 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

LAWRENCE MAYNARD,         :
                          :
            Plaintiff,    :
                          :
    v.                    :    Civil Action No. 07-1193 (RJL)
                          :
STEPHANIE YANTA,          :
                          :
            Defendant.    :

## ORDER

It is hereby

ORDERED that defendant's sixth motion for an extension of time [Dkt. #13] is DENIED WITHOUT PREJUDICE. It is further

ORDERED that defendant shall file her Answer or other response to plaintiff's Complaint within thirty days of the conclusion of the proceedings in plaintiff's criminal trial, United States v. Antoine Jones, et al., Crim. No. 05-386 (ESH).

SO ORDERED.

_____
RICHARD J. LEON
United States District Judge

Date: 3/11/08