UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LAWRENCE MAYNARD, </br></br>   Plaintiff </br></br> v. </br></br> STEPHANIE E. YANTA </br></br>   Defendant. | ) </br> ) </br> ) </br> ) </br> ) Civil Action No. 07-1193 (RJL) </br> )  (ECF) </br> ) </br> ) </br> ) </br> ) |

**DEFENDANT'S MOTION TO STAY PENDING CONCLUSION
OF PLAINTIFF'S CRIMINAL PROCEEDINGS**

Federal Bureau of Investigation Special Agent Stephanie E. Yanta ("Defendant") by and through the undersigned counsel moves for a stay of proceedings in the captioned matter pending sentencing in Plaintiff's criminal trial before the Honorable Ellen S. Huvelle.  *US v. Jones*, 05-386.  In support of this motion, Defendant states as follows:

1.  In October 2004, the FBI obtained information about a large narcotics trafficking organization operating in the greater Washington, D.C. area and commenced an investigation. The investigation revealed that this organization was headed by Antoine Jones with the aid of Lawrence Maynard ("Plaintiff").  As part of the investigation, federal agents obtained several lawful warrants and used them as authorized.  On October 24, 2005, federal agents took down the organization by executing several lawful search warrants on Jones' homes and businesses.  *See generally, US v. Jones*, 451 F.Supp.2d 71 (D.D.C. 2006) (ESH).

2.  After Plaintiff was indicted, he commenced this action alleging that Defendant violated his constitutional rights.

3.       On January 14, 2008, Plaintiff was convicted of drug-related conspiracy charges and his sentencing is scheduled for April 24, 2008.

4.       In *Heck v. Humphrey*, the Supreme Court held that, in order to recover damages for an alleged unconstitutional conviction, imprisonment or harm caused by unlawful action that would render a conviction or sentence invalid, a plaintiff is required to prove that the conviction or sentence has been directly invalidated.  512 U.S. 477 (1994).  Subsequently, in *Wallace v. Kato*, the Supreme Court noted that, if a plaintiff files a false arrest claim before he is convicted in a related criminal matter, the District Court has the discretion to stay the civil action until the criminal case or likelihood of one is ended.  127 S. Ct. 1091 (2007); *see also McSurely v. McClellan*, 426 F.2d 664 (D.C. Cir. 1970) (noting that courts have broad discretion to grant stays so as to coordinate the business of the court efficiently and sensibly).

5.       Defendant moves to stay this matter pending the conclusion of the criminal proceedings because it affords a more efficient method of litigating these and other claims brought by Plaintiff and Jones against other federal agents.  Otherwise, Defendant would be obligated to pursue piecemeal briefing and supplemental briefing after Plaintiff has been sentenced.  A responsive pleading on behalf of Defendant has not yet been filed.  More importantly, the stay is a more effective use of this Court's resources.

Because Plaintiff is a prisoner, appearing here *pro se*, Local Rule 7(m) does not apply and the undersigned have not made efforts to contact him regarding this motion.[1]

---

[1]    Local Civil Rule 7.1(m) requires "counsel" to discuss non-dispositive motions with "opposing *counsel*" and nonprisoner pro se parties.

WHEREFORE, based on the foregoing, Defendant respectfully requests that this motion be granted. The Defendant respectfully requests a minute order.

March 18, 2008                    Respectfully submitted,

_/s/_____
JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney

_/s/_____
RUDOLPH CONTRERAS, D.C. BAR # 434122
Assistant United States Attorney

_/s/_____
KENNETH ADEBONOJO
Assistant United States Attorney
Judiciary Center Building
555 4th Street, N.W. – Civil Division
Washington, D.C.  20530
(202) 514-7157
(202) 514-8780 (facsimile)

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **LAWRENCE MAYNARD,** | ) |
| **Plaintiff** | ) |
| v. | ) Civil Action No. 07-1193 (RJL) <br> ) (ECF) |
| **STEPHANIE E. YANTA** | ) |
| **Defendant.** | ) |

### ORDER

UPON CONSIDERATION of the Defendant's Motion to Stay Pending Conclusion of Criminal Proceedings, support thereof, the grounds stated therefor and the entire record in this matter, it is by the Court this ____ day of _____, 2008, hereby

ORDERED that the said motion be and hereby is granted; and it is

FURTHER ORDERED Defendant shall file an answer or dispositive motion no later than 30 days after the completion of Defendant's criminal trial.

_____
HON. RICHARD J. LEON, U.S.D.J.

Copies to:

Kenneth Adebonojo
Assistant United States Attorney
Judiciary Center Building
555 4th St., N.W.
Washington, D.C.  20530

Lawrence Maynard
DC#307-469
1901 D Street, S.E.
Washington, D.C. 20003

**CERTIFICATE OF SERVICE**

      I certify I caused copies of the foregoing Defendant's Motion to Stay Proceeding Pending the conclusion of Plaintiff's Criminal Proceedings was served by first class mail upon *pro se* plaintiff at:

Lawrence Maynard
DC# 307-469
1901 D Street, S.E.
Washington, D.D. 20003

on this 18th day of March, 2008.    __/s/_____
                                          KENNETH ADEBONOJO
                                          Assistant United States Attorney