UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

*Leave to File Granted*

| | |
|---|---|
| LAWRENCE MAYNARD<br>PLAINTIFF<br><br>V.<br><br>STEPHANIE E. YANTA<br>DEFENDANT | CIVIL ACTION NO. 07-1193 (RJL)<br>(ECF) |

## PLAINTIFF'S MOTION TO DENY CONSOLIDATION

PLAINTIFF IS A LAY PERSON WITHOUT COUNSEL, BUT PLAINTIFF OPPOSES DISMISSAL AND OPPOSES TO CONSOLIDATE CIVIL CASE JONES V YANTA, 07-1172 (RJL) AND MAYNARD V. YANTA 07-1193 (RJL)

THE COURT SHOULD DENY THE MOTION TO CONSOLIDATE.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY THAT ON THIS 15TH DAY OF APRIL, 2008 THAT THIS MOTION TO DENY CONSOLIDATION WAS SERVED BY MAIL TO DEFENDANT'S ATTORNEY AND THE DISTRICT OF COLUMBIA DISTRICT COURT.

KENNETH ADEBONOJO
ASSISTANT UNITED STATES ATTORNEY
JUDICIARY CENTER BUILDING
555 4TH STREET N.W. — CIVIL DIVISION
WASHINGTON, D.C. 20530

*Lawrence Maynard*
LAWRENCE MAYNARD