UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LAWRENCE MAYNARD, )<br><br>Plaintiff )<br>)<br>v. )<br>)<br>STEPHANIE E. YANTA )<br>)<br>Defendant. ) | )<br>)<br>)<br>) Civil Action No. 07-1193 (RJL)<br>) (ECF)<br>)<br>)<br>)<br>) |

**FEDERAL DEFENDANTS' WITHDRAWAL OF MOTION TO CONSOLIDATE**

Federal Defendants by and through the undersigned counsel hereby withdraw their Motion to Consolidate this action with *Jones v. Horne*, 07-1300 (RJL), *Docket Entry* 16. Upon further review, Federal Defendants have determined that *Jones v. Horne*, 07-1300 (ESH) is more akin to *Jones v. Kirchner*, 07-1063 (RJL) and *Jones v. Gikas*, 07-1068 (RJL). Federal Defendants in the latter two matters are being represented by another Assistant United States Attorney. Plaintiff, Lawrence Maynard, opposed Federal Defendants' Motion to Consolidate.

May 21, 2008                              Respectfully submitted,

/s/_____
JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney

/s/_____
RUDOLPH CONTRERAS, D.C. BAR # 434122
Assistant United States Attorney

/s/_____
KENNETH ADEBONOJO
Assistant United States Attorney
Judiciary Center Building
555 4th Street, N.W. – Civil Division
Washington, D.C.  20530
(202) 514-7157

**CERTIFICATE OF SERVICE**

      I certify I caused copies of the foregoing Federal Defendants' Notice of Withdrawal of Motion to Consolidate was served by first class mail upon *pro se* plaintiffs as follows:

Lawrence Maynard
DC# 307-469
1901 D Street, S.E.
Washington, D.C. 20003

Antoine Jones
DC# 241-912
1901 D Street, S.E.
Washington, D.C. 20003

on this 21st day of May, 2008    _/s/_____
                                                  KENNETH ADEBONOJO
                                                  Assistant United States Attorney