UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|   |   |
|---|---|
| ANTOINE JONES,<br><br>    Plaintiff,<br><br>    v.<br><br>STEPHANIE YANTA,<br><br>    Defendant. | )<br>)<br>)<br>)<br>)<br>)  Civil Action No. 07-1193 (RJL)<br>)<br>)<br>)<br>)<br>) |

**FILED**

MAY 2 7 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## ORDER

For the reasons stated in the accompanying memorandum opinion, it is hereby

ORDERED that this case is DISMISSED; and it is further

ORDERED that all pending motions are DENIED as moot.

This is a final appealable order. *See* Fed. R. App. P. 4(a).

                                              RICHARD J. LEON
                                              United States District Judge

Date:

5/27/08